**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NOS. 7:09CR00043; 7:09CR00064 |
| | ) | (CASE NO. 7:11CV80325; 7:11CV80326) |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| AARON EUGENE WOODS, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. The defendant's motions for reconsideration under Rule 60(b) are **DENIED**, and the defendant's submissions are **CONSTRUED** as Motions to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255;

2. The Clerk is **DIRECTED** to redocket the motions as § 2255 motions;

3. The § 2255 motions are hereby **DENIED** without prejudice as successive and stricken from the active docket; and

4. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED** in each of his cases.

**ENTER**: This 2nd day of April, 2013.

                                                       /s/ Glen E. Conrad
                                                      Chief United States District Judge